| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney | **FILED**<br>APR 2 3 2009 |
| 2 | |
| 3  BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
    Chief, Criminal Division

4  W. DOUGLAS SPRAGUE (CASBN 202121)
    Assistant United States Attorney

5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3771
7       Fax: (510) 637-3724
        doug.sprague@usdoj.gov
8

9  Attorneys for Plaintiff

10

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                   OAKLAND DIVISION

15  UNITED STATES OF AMERICA,           )    No. CR 01-0137 MJJ
                                        )
16       Plaintiff,                     )    NOTICE OF DISMISSAL
                                        )
17       v.                             )
                                        )
18  MARK JAMES KNIGHTS,                 )
                                        )
19       Defendant.                     )
                                        )

20

21

22       With leave of the Court, and pursuant to Rule 48(a) of the Federal Rule of

23  Criminal Procedure, the United States Attorney for the Northern District of California

24  dismisses the Indictment and Warrant for Arrest against the defendant.  Government

25  agreed as part of the consolidated plea agreement CR 09-0108 MJJ to dismiss all

26  ////

27  ////

28  ////

NOTICE OF DISMISSAL

remaining charges pending against defendant, because defendant was charged and sentenced with the same charges in CR 99-0108 MJJ.

DATED: April 21, 2009.          Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney


                                      /s/
                                _____
                                W. DOUGLAS SPRAGUE
                                Assistant United States Attorney


Leave of the Court is granted to the government to dismiss the Indictment and Warrant for Arrest against the defendant.

DATED: April 23, 2009

                                _____
                                CHARLES R. BREYER
                                United States District Judge

NOTICE OF DISMISSAL                    2